IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ALEX MONTALVO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 4:17-cv-00140-TWP-TAB |
| HOME DEPOT U.S.A., INC., DL PETERSON TRUST, and FRANCESCA KEMPER, | ) ) ) |
| | ) |
| Defendants. | |

**ORDER**

This matter coming before the Court on the parties' Stipulation of Francesca Kemper's Status as a Non-Party under the Comparative Fault Act and Stipulation of Dismissal, due notice having been given, and the Court, being duly advised in the premises, does hereby:

ORDER, AJUDGE AND DECREE that: 1) Francesca Kemper was named as a non-party in this matter pursuant to Indiana's Comparative Fault Act and is not a defendant to this matter; and 2) all claims against the defendants, Home Depot U.S.A., Inc. and DL Peterson Trust, are dismissed, with prejudice, costs paid.

SO Ordered

Date: 10/15/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF